Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN JAMES TRITTEN, Appellant.— MEMORANDUM BY THE COURT.

No opinion. Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.

In the Matter of the Claim of ANITA ROSENTHAL, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— MEMORANDUM BY THE COURT.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by the court.

In the Matter of the Claim of ANITA ROSENTHAL, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— MEMORANDUM BY THE COURT.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Stanley, Jr., JJ., concur in memorandum by the court.